# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PPL SERVICES CORPORATION,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | **NO. 11-3273** |
| v. | : | |
| | : | |
| **INTERNATIONAL BROTHERHOOD OF** | : | |
| **ELECTRICAL WORKERS, LOCAL 1600,** | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this \_\_\_\_ day for November, 2012, upon consideration of Respondent's Motion for Summary Judgment (Doc. 11); Petitioner's Response in Opposition thereto (Doc. 15); Petitioner's Motion for Summary Judgment (Doc. 13); and Respondent's Response and Reply in Opposition thereto (Docs. 14 & 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

- Respondent's Motion for Summary Judgment (Doc. 11) is **GRANTED**; and
- Petitioner's Motion for Summary Judgment (Doc. 13) is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**